**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MEMORY INTEGRITY, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ARCHOS S.A., AND ARCHOS, INC.,<br><br>　　　　　Defendants. | Civil Action No. 1:13-cv-01981-GMS<br><br>JURY TRIAL DEMANDED |

**NOTICE OF DISMISSAL OF ARCHOS S.A.**

　　Plaintiff hereby files this Notice of Dismissal of Archos S.A. pursuant to Federal Rule of Civil Procedure 41(a)(1). According to Rule 41(a)(1), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Defendant Archos S.A. has not yet answered the Complaint. Accordingly, Plaintiff voluntarily dismisses this action against Defendant, Archos S.A. without prejudice pursuant to Rule 41(a)(1).

Dated:  January 15, 2014

STAMOULIS & WEINBLATT LLC

　*/s/ Richard C. Weinblatt*　
Richard C. Weinblatt #5080
　　weinblatt@swdelaw.com
Stamatios Stamoulis #4606
　　stamoulis@swdelaw.com
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
Telephone:  (302) 999-1540

*Counsel for Plaintiff Memory Integrity, LLC*

**SO ORDERED**, this _____ day of _____, 2014.

_____
Gregory M. Sleet
United States District Court Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 15, 2014, I electronically filed the above document with the Clerk of Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

*/s/ Richard C. Weinblatt*
Richard C. Weinblatt #5080